

GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**DEC 8 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CR-22-2655-TUC-RM(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

(1) Marco Hernandez,

Defendants.

**I N D I C T M E N T**

18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(False Statements in Connection
with Acquisition of Firearm)
Count 1

18 U.S.C. § 554
18 U.S.C. § 371
(Conspiracy to Smuggle Goods From the
United States)
Count 2

**(UNDER SEAL)**

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 19, 2021, in the District of Arizona, Defendant MARCO HERNANDEZ, in connection with the acquisition of a firearm, that is one Ohio Ordinance M240-SLR, 7.62x51 caliber rifle, serial number 240440, from AZESB, LLC, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to AZESB, LLC which was intended to deceive AZESB, LLC as to a fact material to the lawfulness of such sale of the said firearm to MARCO HERNANDEZ under Chapter 44 of Title 18, in that MARCO HERNANDEZ stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

From a date unknown until on or about November 22, 2022, in the District of Arizona and elsewhere, MARCO HERNANDEZ, ███████████████████, and ███████████████████, defendants herein, and co-conspirators not charged herein, did knowingly and intentionally, combine, conspire, confederate and agree with each other and with others, both known and unknown to the grand jury, to knowingly export and send from the United States, any merchandise, object, or article contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any way facilitate the transportation, concealment, and sale of such merchandise, article, or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

### PURPOSE OF THE CONSPIRACY

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms, ammunition, and other objects from the United States into the Republic of Mexico. The firearms, ammunition, and other objects smuggled or intended to be smuggled in the course of this conspiracy include:

- one Ohio Ordinance M240-SLR, 7.62x51 caliber rifle, serial number 240440
- two M-4 style 5.56 rifles with no stamps or serial numbers
- one Arsenal AK-47 rifle, serial number AE600175
- one Century Arms 7.62x39mm rifle, serial number SV7059228
- one GP/ WASR-10/63 rifle, serial number 1974DT1752
- one LR HV ATI Rochester BY .22 caliber rifle, serial number A392541
- one Palmetto State Armory 5.56 caliber M4 style rifle, serial number SCD602474
- one GP WASR-90 AK-47 style rifle, serial number 11-2442-78

### MEANS AND MANNER OF THE CONSPIRACY

The means and methods employed by the Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain Defendants and/or their co-conspirators would purchase firearms, ammunition, and other objects in the District of Arizona and elsewhere.

It was further part of the conspiracy that the Defendants and/or their co-conspirators who purchased the firearms, ammunition, and other objects made the purchase on behalf of other co-conspirators.

It was further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds and directions to the purchasing Defendants and/or their co-conspirators to purchase firearms, ammunition, and other objects involved in the conspiracy.

It was further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds, instructions, and means of transportation and concealment to facilitate the purchase of these firearms, ammunition, and other objects.

It was further part of the conspiracy that the Defendants and/or their co-conspirators would transport and store these firearms, ammunition, and other objects within the District of Arizona with the knowledge that the firearms and ammunition were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the firearms and ammunition from the United States into the Republic of Mexico.

It was further part of the conspiracy that the Defendants and/or their co-conspirators did not have a valid license or other authority to export the firearms and ammunition from the United States into the Republic of Mexico.

## OVERT ACTS

In furtherance of the conspiracy, one or more of the Defendants and/or their co-conspirators committed and caused to be committed the following overt acts:



On or about August 19, 2021, MARCO HERNANDEZ travelled to AZESB, LLC, located in Phoenix, Arizona and purchased an Ohio Ordinance M240-SLR, 7.62x51 caliber rifle, serial number 240440, with funds provided by and at the direction of other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico. The following is a picture of the rifle purchased by MARCO HERNENDEZ:



All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

/s/

Presiding Juror
Redacted for public
disclosure

GARY RESTAINO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

Dated:  December 8, 2022