GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7327
Email: Craig.Russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-CR-02655-TUC-RM |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Marco Hernandez, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

On February 16, 2023, the defendant pled guilty to making false statements in connection with the acquisition of a firearm. The government has reviewed the Presentence Report (PSR) and has no objection to the defendant's placement in Criminal History Category I. The plea agreement stipulates that the sentence will not exceed the low end of the applicable guideline range set forth in the plea agreement (10 to 16 months) and allows the defendant to argue for a variance below the stipulated range.

The guideline calculation in the PSR includes enhancements for the offense involving at least eight firearms (USSG Section 2K2.1(b)(1)(B)) and firearms with obliterated serial numbers (USSG Section 2K2.1(b)(4)). These enhancements were not included in the plea agreement. While there is evidence to support these enhancements, the government requests the court accept the plea agreement and sentence the defendant accordingly.

In mitigation, the defendant has no prior convictions and was 22 years old when he committed the offense.

Having reviewed the findings and recommendations contained in the PSR, the government requests a sentence of 10 months followed by three years of supervised release. This sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 3rd day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 3rd day of May, 2023, to:

ALL ECF Participants