GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7327
Email: Craig.Russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-CR-02655-TUC-RM-3 |
|---|---|
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Jennifer Maite Lopez-Martinez, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

On September 7, 2023, the defendant pled guilty to Count 2 of the indictment charging her with conspiracy to smuggle goods from the United States. The government has reviewed the Presentence Report (PSR) and has no objection to the defendant's placement in Criminal History Category I.[1] The parties stipulated to a total offense level of 12 in the plea agreement and agreed to cap the defendant's sentence at the low end of

_____

[1] The defendant fled into Mexico when confronted by CBP officers and no firearms were recovered from her vehicle. She later admitted to smuggling guns into Mexico. The probation department calculated the defendant's total offense level at 23 based upon information provided by the HSI case agent. (PSR ¶ 29.) While the case agent was able to obtain some information regarding the number of guns in the defendant's vehicle, the government's position is that there was insufficient evidence to support the substantial 12-level increase in the base offense level under U.S.S.G. § 2M5.2(a)(1).

that range. In essence, the plea agreement provides for a sentencing range of 0 to 10 months.

In mitigation, the defendant has no prior criminal history and has performed well on pretrial release. (PSR ¶ 7.)

Having reviewed the findings and recommendations contained in the PSR, the government simply requests a sentence within the stipulated range in the plea agreement followed by three years of supervised release. This sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 8th day of January 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 8th day of January 2024, to:

ALL ECF Participants