GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7327
Email: Craig.Russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 22-CR-02655-TUC-RM-2 |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Monserrat Miranda, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

On September 7, 2023, the defendant pled guilty to Count 2 of the indictment charging her with conspiracy to smuggle goods from the United States. The government has reviewed the Presentence Report (PSR) and has no objection to the guideline calculations and the defendant's placement in Criminal History Category I. The plea agreement provides for a sentencing range of 0 to 10 months.

In mitigation, the defendant has no prior criminal history and has performed well on pretrial release. (PSR ¶ 7, 42-44.) She has also suffered significant collateral consequences arising from this conviction. The recommendation from the probation department exceeds the maximum range under the plea agreement. However, based upon the mitigating circumstances referenced above and the sentences received by similarly situated codefendants, the government respectfully requests that the court accept the plea agreement and sentence the defendant accordingly.

Having reviewed the findings and recommendations contained in the PSR, the government simply requests a sentence within the stipulated range in the plea agreement followed by three years of supervised release.  This sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 12th day of February 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 12th day of February 2024, to:

ALL ECF Participants